# *IN THE DISTRICT COURT OF THE UNITED STATES*

## *for the Western District of New York*

---

JULY 2024 GRAND JURY
(Impaneled July 26, 2024)

**THE UNITED STATES OF AMERICA**

*-vs-*

**MANUEL FERNANDO LOJA-LOJA**

**INDICTMENT**

Violation:
Title 8, United States Code,
Section 1326(a)
(1 Count)

### COUNT 1

**(Re-entry of Removed Alien)**

**The Grand Jury Charges That:**

On or about March 28, 2025, in the Western District of New York, the defendant, **MANUEL FERNANDO LOJA-LOJA**, an alien who had previously been deported and removed from the United States on or about March 3, 2004, was found in the United States, without having obtained the express consent of the Attorney General of the United States, or

her successor, the Secretary of Homeland Security, to reapply for admission to the United States.

**All in violation of Title 8, United States Code, Section 1326(a).**

DATED: Buffalo, New York, June 4, 2025.

                                  MICHAEL DIGIACOMO
                                  United States Attorney

BY:    S/COLLEEN M. McCARTHY
        COLLEEN M. McCARTHY
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        (716) 843-5843
        Colleen.McCarthy3@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON